UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS OVALLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　Defendants. | Case No. 8:23-cv-02489-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 22).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered (1) APPROVING the Report and Recommendation; (2) GRANTING, in part, Defendants' motion to dismiss (Dkt. 11); (3) DISMISSING with prejudice as untimely all claims Plaintiff brings under 42 U.S.C. § 1983; (4) DENYING Plaintiff's motion for leave to

amend (Dkt. 16); (5) DENYING Plaintiff's motion for equitable tolling (Dkt. 20); (6) DECLINING to exercise supplemental jurisdiction over this case's remaining state law claims; and (7) REMANDING this case to the Superior Court of California, County of Orange.

DATED: July 2, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE