JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS OVALLE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, et al.,<br><br>    Defendants. | Case No. 8:23-cv-02489-MCS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that (1) all claims Plaintiff brings under 42 U.S.C. § 1983 are DISMISSED with prejudice as untimely and (2) this case is REMANDED to the Superior Court of California, County of Orange.

DATED: July 2, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE